# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ADAM DEDMON,

Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT, *et al.*,

Defendants.

Case No. 3:26-CV-00135-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 16]

Plaintiff filed a notice of initial case conference pursuant to FRCP 26(f)(1) and LR 240. (ECF No. 16.) Pursuant to Local Rule 26-7, discovery-related documents must be <u>served</u> on the affected party and not <u>filed</u> on the docket, unless ordered by the Court. Accordingly, the Court hereby **STRIKES** Plaintiff's notice of initial case conference. (ECF No. 16.) The Parties are instructed to not file discovery documents in the future absent a court order to do so. Additionally, Plaintiff appears to be relying on the local rules for a state court because this Court's Local Rules does not include a local rule 240. Plaintiff is reminded that it is his responsibility to familiarize himself with this Court's Local Rules and ensure his filings comply with them.

**IT IS SO ORDERED.**

**DATED:** March 31, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**