**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM DEDMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DAVID BURNS, individually and as a Trustee of the Douglas County School District; SUSAN JANSEN, individually and as a Trustee of the Douglas County School District; DOES I-V; BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PARTNERSHIPS, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00135-ART- CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION** |

COMES NOW, Plaintiff, Adam Dedmon, by and through his counsel of record, Beko Law Group, PLLC, and Thomas P. Beko, Esq., and the Defendant Douglas County School District (hereinafter "DCSD"), by and through their attorneys of record, the law firm of Marquis Aurbach, and hereby stipulate that the plaintiff shall have until August 5, 2026, within which to file an opposition to DCSD's Motion for Judgment on the Pleadings filed July 15, 2026.

The parties further stipulate that DCSD's Reply in Support of said motion will not be due until August 12, 2026.

///

///

IT IS SO STIPULATED this 28th day of July, 2026.

MARQUIS AURBACH

By: /s/ Brian R. Hardy

Brian R. Hardy, Esq.
Nevada Bar No. 10068
Michael A. Cruz, Esq.
Nevada Bar No. 17178
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendant
Douglas County School District

BEKO LAW GROUP, PLLC

By: /s/ Thomas P. Beko, Esq.

Thomas P. Beko, Esq.
Nevada Bar No. 2653
1885 S. Arlington Ave., Ste. 205
Reno, Nevada 89509
Attorney for Plaintiff.

**ORDER**

IT IS SO ORDERED this 29th day of July, 2026.

Anne R. Traum
United States District Court Judge

Submitted by:
BEKO LAW GROUP, PLLC

By: /s/ Thomas P. Beko, Esq.
Nevada Bar No. 2653
1885 S. Arlington Ave., Ste. 205
Reno, Nevada 89509
Attorney for Plaintiff